# United States District Court
# For The Western District of North Carolina
# Asheville Division

UNITED STATES OF AMERICA,

    Plaintiff,	JUDGMENT IN A CIVIL CASE

vs.	1:12-cv-00261-MR-DLH

BURKE COUNTY DEPARTMENT
OF SOCIAL SERVICES,

    Defendant.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 08/27/2012 Consent Decree.

Signed: August 27, 2012

Frank G. Johns, Clerk
United States District Court